FILE COPY

No. 07-23-00210-CV

| | | |
|---|---|---|
| In the Interest of E.E., a Child | § | From the 108th District Court of Potter County |
| | § | |
| | | September 27, 2023 |
| | § | |
| | | Opinion by Chief Justice Quinn |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated September 27, 2023, it is ordered, adjudged, and decreed that the order of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o